AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, Cynthia A. | U.S. Bankruptcy Court, W.D. of Missouri | 08/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

400 E. 9th St
Room 6462
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Agreement with Steven R. Rebein, former co-owner/co-member of Grimes & Rebein, LLC, to collect and divide equally the remaining earned accounts receivable |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of Kansas salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Missouri Bar Association | Feb. 27; Mar. 3-4; Mar. 19 | Kansas City, Springfield, and Columbia, MO | Attend and teach CLE at annual bankruptcy seminar | Transportation, meals, hotel, registration |
| 2. | American College of Bankruptcy | Mar. 11-15 | Washington, D.C. | Attend annual conference meeting and bankruptcy CLE | Transportation, meals, hotel, registration |
| 3. | National Association of Consumer Bankruptcy Attorneys | Apr. 23-25 | Chicago, IL | Attend and teach CLE at bankruptcy conference | Transportation, meals, hotel, registration |
| 4. | Turnaround Management Association | June 11-13 | St. Louis, MO | Attend and teach CLE at bankruptcy meeting | Transportation, meals, hotel, registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | National Association of Chapter 13 Trustees | July 1-5 | Salt Lake City, UT | Attend and teach CLE at bankruptcy conference | Transportation, meals, hotel, registration |
| 6. | National Conference of Bankruptcy Judges | Sept. 27 - 30 | Miami, FL | Attend and participate at bankruptcy conference | Transportation, meals, hotel, registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capitol One Bank | credit card | J |
| 2. | JP Morgan Chase | credit card | K |
| 3. | Commerce Bank | credit card | J |
| 4. | USAA Federal Savings Bank | credit card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Whole Life Policies | A | Int./Div. | K | T | | | | | |
| 2. TIAA-CREF 403(b) (investments listed below: | | | | | | | | | |
| 3. 1. TIAA-CREF Stock R3 Fund | B | Int./Div. | L | T | | | | | |
| 4. 2. TIAA-CREF Bond Market R3 Fund | A | Int./Div. | J | T | | | | | |
| 5. 3. TIAA-CREF Money Market | B | Int./Div. | J | T | | | | | |
| 6. Exchange National Bank bank accounts | C | Int./Div. | J | T | | | | | |
| 7. Emprise Bank bank accounts (Y) | A | Int./Div. | J | T | Closed | 04/04/15 | J | A | |
| 8. Commerce Bank bank accounts | A | Int./Div. | J | T | | | | | |
| 9. Navy Federal Credit Union accounts | A | Int./Div. | J | T | | | | | |
| 10. Waddell & Reed money market (invested in Cash Management Fund) (X) | A | Int./Div. | J | T | Open | 07/31/15 | J | A | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All the liabilities in Part VIII have been satisfied.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 08/03/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544